UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JAMES TIGNOR,

        Petitioner,

vs.

M. D. McDONALD, Warden,

        Respondent.

No. C 09-0712 PJH (PR)

**ORDER TO REOPEN CASE AND ORDER OF TRANSFER**

This case was opened when petitioner sent the court an ambiguous document. He was instructed to file a petition on the court's form if he intended to file a habeas case here. He did so, and the court granted a stay to allow him to exhaust in state court. The case was administratively closed.

Petitioner has now filed an amended petition in which he indicates that he has exhausted his state judicial remedies. The clerk shall reopen the case.

In the amended petition Tignor says that he is challenging a conviction obtained in Tehama County Superior Court. Tehama County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at High Desert State Prison, which also is in the Eastern District. Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). Because petitioner was convicted in a court in the Eastern District and is confined there, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: January 20, 2011.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

P:\PRO-SE\PJH\HC.09\TIGNOR0712.TRN.wpd