UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TIGNOR, | No. 2:11-cv-0314 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| M.D. MCDONALD, | |
| Respondent. | |

Currently before the court is petitioner's motion for a refund of the partial payment he made toward his appellate filing fee. ECF No. 121. Petitioner argues that he had his father pay $255.00 to the district court for his appellate filing fee because he did not realize that his in forma pauperis status continued on appeal and he believed that he was required to pay the fee. Id.

> A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless:
>
> (A) the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
>
> (B) a statute provides otherwise.

Fed. R. App. P. 24(a)(3). If granted in forma pauperis status, "the party may proceed on appeal without prepaying or giving security for fees and costs, unless a statute provides otherwise." Fed.

1

R. App. P. 24(a)(2). The provisions of the PLRA relating to prisoner civil actions and appeals that require prisoners to pay full filing fees, even if they are permitted to proceed in forma pauperis, do not apply to habeas corpus proceedings. Naddi v. Hill, 106 F.3d 275, 277 (9th Cir. 1997).

Petitioner was granted in forma pauperis status by this court on March 11, 2009. ECF No. 5. This status has not been revoked. Because petitioner's in forma pauperis status has not been revoked, he was not obligated to pay the appellate filing fee and his motion to refund the $255.00 will be granted. Petitioner previously provided his father's name and address as James E. Tignor, 217 Thistlebrook Rd., Elkview, W. VA 25071. ECF No. 114. However, since it has been over a year and a half since he provided that information, petitioner will be directed to notify the court whether this information is correct or to provide updated information so that the Clerk of the Court can refund the $255.00 to petitioner's father.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a refund (ECF No. 121) is granted.

2. Within twenty-one days of this order, petitioner shall notify the court whether the contact information for his father is still correct or, if the information is no longer correct, provide updated information so that the Clerk of the Court can refund the $255.00 to petitioner's father.

DATED: July 30, 2015.

                                          _____/S/ Allison Claire_____
                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE