UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TIGNOR,<br><br>    Petitioner,<br><br>    v.<br><br>M.D. MCDONALD,<br><br>    Respondent. | No. 2:11-cv-0314 JAM AC P<br><br><br><br>ORDER |

Petitioner has filed a motion to compel. ECF No. 126. The petition for writ of habeas corpus was denied and this case was closed on November 6, 2013. ECF Nos. 105, 106. Petitioner is advised that documents filed by him since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: May 5, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE